LOUIS MAURIELLO *v.* ARROW CARRIER CORPORATION
(4108)

HULL, DALY and BIELUCH, Js.

Argued February 11—decision released March 18, 1986

*Mark M. Wrenn,* with whom, on the brief, was *James P. Caulfield,* for the appellant (defendant).

*Charles B. Angelo,* for the appellee (plaintiff).

PER CURIAM. There is no error.